In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property, Bounded by 39th Street and Other Streets in the Borough of Queens, as a Site for Public School 199. THOMAS VALENTE, as Executor of SAMUEL VALENTE, Deceased, Appellant.— In a condemnation proceeding, final decree, insofar as it makes an award for damage parcel No. 7, modified on the facts by increasing the award from $10,900 to $14,000. As so modified, decree, insofar as appealed from, unanimously affirmed, with costs to the appellant. The finding, implicit in the decision and decree of the Special Term, that $10,900 is the value of said damage parcel, is reversed, and a new finding is made to the effect that such value is $14,000. The opinion of respondent's expert was that the value of this damage parcel is $10,900. The opinion of appellant's expert was that the value is $24,000. The assessed valuation is $14,000. Under the unusual circumstances revealed by the record here, we find that $14,000 is the fair value of the property taken. Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.

■

In the Matter of ABE KLEIN, Appellant. SAMUEL A. LARNER, Respondent.— Appeal from an order pursuant to rule 137 of the Rules of Civil Practice, entered November 5, 1954, directing appellant to appear for examination as a witness in this State in a proceeding pending in the State of New Jersey, and from an order entered April 1, 1954, denying appellant's motion to vacate a subpoena served upon him to take his testimony in said proceeding. Order entered November 5, 1954, affirmed, with $10 costs and disbursements. (*Matter of Klein* [*Larner*], 284 App. Div. 900.) Appeal from order entered April 1, 1954, dismissed, without costs. That order was reviewed on a prior appeal. (*Matter of Klein* [*Larner*], *supra*.) Nolan, P. J., Wenzel, MacCrate, Murphy and Ughetta, JJ., concur.